UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIGUEL ANGEL CHAVEZ CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; DONALD J. TRUMP, U.S. President<br><br>Respondents. | Civil Action No. 25-cv-13091-MJJ |

## MEMORANDUM OF DECISION AND ORDER

October 27, 2025

JOUN, D.J.

Miguel Angel Chavez Castillo ("Mr. Chavez Castillo" or "Petitioner") is a citizen of El Salvador. [Doc. No. 1 at ¶ 2]. Mr. Chavez Castillo resides in Massachusetts. [*Id*. at ¶ 1]. On or about October 19, 2025, he was arrested by U.S. Immigration and Customs Enforcement. [*Id*. at ¶ 3]. He is currently in custody at the Plymouth County Correctional Facility. [*Id*. at ¶ 4]. Mr. Chavez Castillo petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

In their Response to Habeas Petition, Respondents acknowledge that the Court's decision in in *Hilario Rodriguez v. Moniz*, 25-cv-12358 controls this case. [Doc. No. 7 at 1]. I incorporate

1

by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Chavez Castillo is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Chavez Castillo with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Chavez Castillo on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Chavez Castillo has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

<u>/s/ Myong J. Joun</u>
United States District Judge